**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **HAMMERHEAD CONSTRUCTION, LLC,**    ) | |
| )   | |
| **Plaintiff,**    ) | |
| )   | |
| **v.**    )   | **Case No. 3:23-cv-00014** |
| )   | |
| **HARVEY HOFFMAN AND JANICE**    ) | |
| **HOFFMAN,**    ) | |
| )   | |
| **Defendants.**    ) | |
| )   | |

**ORDER**

**BEFORE THE COURT** is the Report and Recommendation ("R&R") (ECF No. 177) of Magistrate Judge Emile A. Henderson III, filed on February 23, 2026, recommending the denial of Defendants['] Motion for Summary Judgment on Plaintiff's Complaint, and for Partial Summary Judgment on Counts I, II & V of Their Counterclaim and to Pierce Hammerhead's Veil (ECF No. 85). Defendants requested and received two extensions of time within which to file an objection to the said R&R, with the last deadline expiring on March 23, 2026. *See* Order (ECF No. 183), entered March 20, 2026. Defendants filed an objection on March 30, 2026, *see* ECF No. 185, a week after their time for filing expired, without requesting leave to file out of time. The said Objection being untimely, the Court will not consider it.

The time for filing any objection having expired, and the Court having conducted a de novo review of this matter and making an independent determination finding no error in the R&R,[1] it is hereby

**ORDERED** that Defendants' Objection to Magistrate's Feb. 23, 2026 Report and Recommendation, ECF No. 185, is **OVERRULED** as untimely; it is further

---

[1] *See Hill v. Barnacle*, 655 F. App'x 142, 148 (3d Cir. 2016) (opining that the district court is not required to make separate findings or conclusions when reviewing a Magistrate Judge's report and recommendation de novo under 28 U.SC. § 636(b)) (citing *Elmendorf Grafica, Inc. v. D.S. America, Inc.*, 48 F.3d 46, 49-50 (1st Cir. 1995) (opining that "[28 U.S.C. § 636(b)] authorizes the district court to adopt in whole as well as in part the proposed findings and recommendations of the magistrate judge. Where, as here, the magistrate judge decided on an undisputed factual record, the district court was certainly not required to rehash the magistrate judge's reasoning. The role of the magistrate judge is 'to relieve courts of unnecessary work'") (citations omitted))).

*Hammerhead Construction, LLC v. Hoffman*
Case No. 3:23-cv-0014
Order
Page **2** of **2**

      **ORDERED** that Magistrate Judge Henderson's Report and Recommendation, ECF No. 177, is **APPROVED and ADOPTED** as an Order of this Court as if fully set forth herein; it is further

      **ORDERED** that Defendants['] Motion for Summary Judgment on Plaintiff's Complaint, and For Partial Summary Judgment on Counts I, II & V of Their Counterclaim and to Pierce Hammerhead's Veil, ECF No. 85, is **DENIED.**

**Date**: March 31, 2026

                             */s/ Robert A. Molloy*
                              **ROBERT A. MOLLOY**
                              **Chief Judge**